AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of ____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 27 2008

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Kirklyn Beneby | ) Case No: 4:05CR00002-005 |
| | ) USM No: 11307-084 |
| Date of Previous Judgment: January 13, 2006 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____90_____ months **is reduced to** _____73 months_____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: ___29___    Amended Offense Level: ___27___
Criminal History Category: ___I___    Criminal History Category: ___I___
Previous Guideline Range: _87_ to _108_ months    Amended Guideline Range: _70_ to _87_ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ___1/13/2006___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **3-27-08**

Judge's signature

Effective Date: 3/3/08 **4-7-08**
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title